# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF SOLOMON WILLIAM WHITE, JR., DECEASED | : | No. 25 WM 2016 |
| | : | |
| | : | |
| | : | |
| PETITION OF:  DONALD WHITE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2016, the Petition for Leave to File Petition for Reconsideration is **DENIED**.